■ JOSEPH P. RUSSO et al., Appellants, v COUNTY OF ERIE, Respondent.—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Fallon, J. (Appeal from Order of Supreme Court, Erie County, Fallon, J.— Summary Judgment.) Present—Denman, P. J., Pine, Lawton, Boehm and Doerr, JJ.